**In re Gerald A. BURKS, Relator.**

**No. 14–03–00047–CV.**

Court of Appeals of Texas, Houston (14th Dist.).

Jan. 23, 2003.

Gerald A. Burks, for relator.

Panel consists of Chief Justice BRISTER and Justices HUDSON and FOWLER.

## OPINION

PER CURIAM.

On January 15, 2003, relator filed a petition for writ of mandamus in this Court. *See* TEX. GOV'T.CODE ANN. § 22.221; *see also* TEX.R.APP. P. 52. In his petition, relator seeks to have this Court compel respondent, the Hon. Camille Dunn, to disqualify herself from presiding over cause number 02CV0659 in the 122nd District Court of Galveston County pursuant to relator's objection filed under section 74.053(b) of the Texas Government Code.

We deny relator's petition for writ of mandamus.